ORIGINAL

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Verlin Alexander
Plaintiff

V.

Ruth Ann Minner, Governor
Carl Danberg, Attorney General
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-443

I, Verlin Alexander, declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
JUL 16 2007
RG sem
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    [X] Yes    [ ] No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration Delaware Correctional Center

    Inmate Identification Number (Required): SBI # 098778

    Are you employed at the institution? NO  Do you receive any payment from the institution? NO

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.  Are you currently employed?    [ ] Yes    [X] No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. October 2006, $300.00 wk., Burger King, Frankfurt + Robins Ave., Phila., PA. 19124

3.  In the past 12 twelve months have you received any money from any of the following sources?

    |   | Source | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | | X |
    | b. | Rent payments, interest or dividends | | X |
    | c. | Pensions, annuities or life insurance payments | | X |
    | d. | Disability or workers compensation payments | | X |
    | e. | Gifts or inheritances | | X |
    | f. | Any other sources | | X |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  ☒ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   • • Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

   CRYSTAL SMITH, WIFE-TO-BE

   ISAIAH KONT, SON

   $300.00 WK

I declare under penalty of perjury that the above information is true and correct.

JANUARY 17, 2007  _____
DATE                        SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I/M: VERLIN ALSTON ANDREW
PRE-TRIAL ANDREW
SBI# 292778  INT. POSIT 17P
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 1997

TO: THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE, LOCK BOX 18
OFFICE OF THE CLERK
844 NORTH KING STREET
WILMINGTON, DELAWARE
19801

**ORIGINAL**

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Verlin Alexander     SBI#: 098178

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: June 15, 2007

07-443
FILED
JUL 16 2007
RGxx
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of December 1, 2006 to May 31, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |
| March | 0 |
| April | 0 |
| May | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

Stacy Shane
6/15/07

Jeanette L. Howe
6/15/07

## Individual Statement - No Transactions This Month

Date Printed: 6/15/2007                                                                 Page 1 of 1

## For Month of December 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00098778 | ALEXANDER | VERLIN | J | | |
| Current Location: | PT | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement - No Transactions This Month

Date Printed: 6/15/2007                                                                                                           Page 1 of 1

## For Month of March 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00098778 | ALEXANDER | VERLIN | J | | |

Current Location:   PT

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

FROM:
VERLIN ALEX ANDREW
PRE-TRIAL ANDREW
SBI# 00138778
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: The United States District Court
District of Delaware, Lock Box 18
Office of the Clerk
844 North King Street
Wilmington, Delaware
19801