(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Verlin Alexander, SBI #098778__
   (Name of Plaintiff)   (Inmate Number)

__Delaware Correctional Center__
__1181 Paddock Road__
__Smyrna, Delaware 19977__
(Complete Address with zip code)

(2) _____
   (Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Ruth Ann Minner, Governor, Delaware__

(2) __Carl Danberg, Attorney General, Delaware__

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: __07-443__
: (Case Number)
: (to be assigned by U.S. District Court)

: **CIVIL COMPLAINT**

: • • Jury Trial Requested

FILED
JUL 1 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. **PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__No__

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☒ Yes · · No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? · · Yes · · No  EXTRADITION IS A FEDERAL QUESTION

C. If your answer to "B" is Yes: PURSUANT TO CUYLOR-V-ADAMS, 101 S.CT. 703 (1981)

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: RUTH ANN MINNER

Employed as GOVERNOR at STATE OF DELAWARE

Mailing address with zip code: TATNALL Building, 150 WILLIAM PENN STREET, 2nd Floor, DOVER, DELAWARE 19901

(2) Name of second defendant: CARL DANBERG

Employed as ATTORNEY GENERAL at STATE OF DELAWARE

Mailing address with zip code: CARVEL STATE Building, 820 NORTH FRENCH STREET, 7TH Floor, Wilmington, DELAWARE 19801

(3) Name of third defendant: N/A

Employed as _____ at _____

Mailing address with zip code: N/A

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

N/A

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Under 42 U.S.C. § 1983, Delaware State officials violated the terms of the Uniform Criminal Extradition Act, Plaintiff was entitled to procedural protections of that Act, pursuant to

2. Maine -v- Thiboutot 448 U.S. 1, 100 Sup. Ct. 2502, 65 L. Ed. 2d 555 (1980), when Plaintiff was extradited from Pennsylvania to Delaware by Delaware State officials knowing that they were in

3. violation of ~~that~~ the Time Procedure by waiting to October 2006 to extradit Plaintiff after making a December 2005 Requisition

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. One Thousand Dollars for each day spent in Delaware incarcerated; I would appreciate this, if you could make this happen

Respectfully Appreciated

Verlin Alyand[?]

3

2. N/A

3. N/A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17TH__ day of __JANUARY__, 2__007__.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



To: The United States District Court
District of Delaware, Lock Box 18
Office of The Clerk
844 North King Street
Wilmington Delaware
19801

I/M: Verlin Alofa Auster
Pre-Trial Annex
SBI# 298728  UNIT
Delaware Correction Center
1181 Paddock Road
Smyrna Delaware 19977